Linds S. Fossi, Esq. (ID #1720)
DEILY, MOONEY & GLASTETTER, LLP
One Greentree Centre, Suite 201
Marlton, NJ 08053
(856) 988-5555
Attorneys for Creditor, DCFS USA LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
HONORABLE Rosemary Gambardella
CASE NO. 09-38797-RG

Chapter 7

In the Matter of:

LIGIA V. FRIEDMAN,

Debtor.

**NOTICE OF CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362 (d) (1)**

HEARING DATE AND TIME:
January 12, 2010, 10:00 a.m.

**ORAL ARGUMENT IS REQUESTED IN THE EVENT OPPOSITION IS TIMELY FILED**

TO:

Michael G. Boyd, Esq.
Attorney for Debtor
Chestnut Hill Professional Center
157 Engle Street
Englewood, NJ 07631

Steven P. Kartzman, Esq. (Trustee)
Mellinger, Sanders & Kartzman
101 Gibraltar Drive
Suite 2F
Morris Plains, NJ 07950

Office of the U.S. Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Ligia V. Friedman (Debtor)
136 Clark Avenue
Old Tappan, NJ 07675

PLEASE TAKE NOTICE that on January 12, 2010, at 10:00 a.m., or as soon thereafter as counsel may be heard, Deily, Mooney & Glastetter, LLP, attorneys for DCFS USA LLC, the within creditor ("Creditor"), shall move before the Honorable Rosemary Gambardella, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, NJ 07102, for an Order pursuant to 11 U.S.C. Section 362(d)(1) granting such Creditor relief from automatic stay or, in the alternative, directing the Debtor, above-named, to immediately provide for the adequate protection of any property

subject to the interests of such Creditor; for costs and disbursements of this action, and for such other and further relief as to the Court may seem just and proper.

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the accompanying Motion of Linda S. Fossi, Esq. A proposed form of Order is also being submitted. A Memorandum of Law has not been submitted because the issues raised by the Motion are not extraordinary or unusual necessitating the filing of legal briefs.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) specify with particularity the basis of the objection; and (iii) be filed with the Clerk, United States Bankruptcy Court, P.O. Box 1352, Newark, NJ 07101-1352 and simultaneously served on Creditor's counsel, Deily, Mooney & Glastetter, LLP, One Greentree Centre, Suite 201, Marlton, NJ 08053 (Attention: Linda S. Fossi, Esq.) so as to be received no later than seven (7) days before the return date set forth herein.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief requested may be granted without a hearing.

PLEASE TAKE FURTHER NOTICE that counsel hereby requests oral argument in accordance with D.N.J. LBR 9013-1 (f) in the event opposition papers are timely filed.

Dated: December 9, 2009

                                            DEILY, MOONEY & GLASTETTER, LLP
                                            Attorneys for DCFS USA LLC
                                            Chapter 7 Creditor

By:    \s\ Linda S. Fossi
        Linda S. Fossi, Esq.
        DEILY, MOONEY & GLASTETTER, LLP
        One Greentree Centre, Suite 201
        Marlton, NJ 08053
        Tel. (856) 988-5555

09.08455