Order Filed on
**12/21/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
By: Steven P. Kartzman, Esq.
(973) 267-0220
*Attorneys for Trustee, Steven P. Kartzman*

In Re:

LIGIA V. FRIEDMAN,

                         Debtor.

Case No.: 09-38797 RG

Hearing Date:

Judge: Honorable Rosemary Gambardella

## ORDER AUTHORIZING TRUSTEE
## TO EMPLOY ATTORNEY

The relief set forth on the following page, number two (2), is hereby **ORDERED**.

**DATED: 12/21/2009**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)

Debtor: **LIGIA V. FRIEDMAN**

Case No.: **09-38797 RG**

Caption of Order: **ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEY**

---

THIS MATTER, having come on for consideration upon the Application of Steven P. Kartzman, Trustee, for authorization for said Trustee's firm to act as the attorneys for the Trustee, pursuant to 11 U.S.C. § 327(d), and it appearing to the Court that such authorization is in the best interest of the estate and would assist the Trustee in effectively performing his duties under 11 U.S.C. § 704(1), and for good cause shown, it is hereby

ORDERED that Mellinger, Sanders & Kartzman, LLC be and hereby is authorized to act as attorneys for the Trustee in this matter, <u>nunc pro tunc</u> to the date of application, with compensation to be fixed by further Order of the Court.

*Approved by Judge Rosemary Gambardella   December 21, 2*

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: mgonzale              Page 1 of 1              Date Rcvd: Dec 22, 2009
Case: 09-38797                Form ID: pdf903             Total Noticed: 1
```

The following entities were noticed by first class mail on Dec 24, 2009.
db         +Ligia V. Friedman,    136 Clark Avenue,    Old Tappan, NJ 07675-7453

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 24, 2009**                    **Signature:**    _Joseph Speetjens_