# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re:                                   :        Case no.:        09-38797

Ligia V. Friedman                        :        Chapter:             7

                                         :        Judge:          Gambardella

                    Debtor(s)            :

---

## AMENDMENT TO SCHEDULE D, E or F
## or LIST OF CREDITORS

Please specify the List or Schedule(s) to be amended:

- ❑  Schedule D - Creditors holding secured claims
- ❑  Schedule E - Creditors holding unsecured priority claims
- ☑  Schedule F - Creditors holding unsecured claims
- ☑  List of Creditors (Matrix)

The schedule or list indicated above, having been previously filed, is amended as follows:
(List name and address of creditors being added or deleted and indicate same; please use separate sheet if necessary)

Doreen Brevdeh                 Creditor was mistakenly              $200,000
881 Circle Avenue              listed on Petition as "Bernie
Franklin Lakes, NJ 07417       Brevdeh" who is Doreen
                               Brevdeh's husband
                               Co-signor of loan for business

I hereby certify under penalty of perjury that the above information is correct.

Dated:     2/2/2010      Debtor's signature: _____

Dated:  _____   Debtor's signature: _____

Submit original and a $26.00 fee.

If new creditors are being added as a result of this amendment, you must attach a matrix containing only those creditors being added.

Rev.04/22/08.jml

Doreen Brevdeh
881 Circle Avenue
Franklin Lakes, NJ 07417